ROSANNA NICHOLSON, as Administratrix of the Estate of CHARLES G. NICHOLSON, Deceased, Appellant, et al., Plaintiffs, *v.* CITY OF NEW YORK et al., Defendants, and NEW YORK & QUEENS ELECTRIC LIGHT AND POWER COMPANY, Respondent.

Argued May 27, 1947; decided July 2, 1947.

*Edmond B. Butler, Morris Zweibel* and *Robert X. Kuzmier* for appellant.

*John M. Keegan, Thomas H. Beardsley* and *John D. Gray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.